**UNITED STATES DISTRICT COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
Global Traffic Technologies, LLC v. Emtrac Systems, Inc.
No. 14-1537
**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to the Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide to Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
      ___Pro Se     _X_ As counsel for:     KM Enterprises, Inc., Rodney K. Morgan
                                                                            Name of party

I am, or the party I represent is (select one):
      ___Petitioner           ____Respondent       ___Amicus curiae      ___Cross Appellant
      _X_ Appellant            ____Appellee              ___Intervenor

As amicus curiae or intervenor, this party supports (select one):
      ___Petitioner or appellant           ___Respondent or appellee

My address and telephone are:
      Name:                      Jana Yocom
      Law firm:                Jana Yocom, P.C.
      Address:                320 S. 11th, Suite 1
      City, State, and ZIP:   Mount Vernon, Illinois 62864
      Telephone:           618-731-1944
      Fax #:                   618-244-0697
      E-mail address:      jana.yocom@gmail.com

Statement to be completed by counsel only (select one):
     _X_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

     ___I am replacing_____as the principal attorney who will/willnot remain on case. {Government attorneys only.]
     ___I am not the principal attorney for this party in this case.

Date admitted to the Federal Circuit bar (counsel only): March, 2014____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
      _X_ Yes       ___No

____A courtroom accessible to the handicapped is required if oral argument is scheduled.

July 1, 2014_____                                  /s/Jana Yocom_____
      Date                                                        Signature of pro se or counsel

## CERTIFICATE OF SERVICE

      I certify that I filed the foregoing document with the Clerk of the United States District Court for the Federal Circuit and served a copy on counsel of record via the CM/EFC system and electronic mail on July 1, 2014.

Jana Yocom                                         /s/ Jana Yocom
_____               _____

| | |
|---|---|
| Law Firm: | Jana Yocom, P.C. |
| Address: | 320 S. 11th, Suite 1 |
| City, State, Zip: | Mount Vernon, Illinois 62864 |
| Telephone: | 618-731-1944 |
| Facsimile: | 618-244-0697 |
| Email: | jana.yocom@gmail.com |

Dated: July 1, 2014.

2