NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLOBAL TRAFFIC TECHNOLOGIES LLC,**
*Plaintiff-Appellee,*

v.

**RODNEY K. MORGAN AND KM ENTERPRISES, INC.,**
*Defendants-Appellants,*

AND

**STC, INC.,**
*Defendant-Appellant.*

---

2014-1537, -1566

---

Appeals from the United States District Court for the District of Minnesota in No. 0:10-cv-04110-ADM-JJG, Judge Ann D. Montgomery.

---

**ON MOTION**

---

Before BRYSON, *Circuit Judge.*

**O R D E R**

STC, Inc. submits a motion to stay enforcement of the judgment entered by the United States District Court for the District of Minnesota on May 16, 2014 pending appeal. STC also seeks an "administrative stay" pending this court's consideration of its motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Global Traffic Technologies LLC is directed to respond to the motion for a stay no later than 12:00 p.m. on August 1, 2014.

(2) Proceedings to enforce the judgment are temporarily stayed pending the court's consideration of the papers submitted.

(3) The revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25