**Nos. 2014-1537, -1566**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

GLOBAL TRAFFIC TECHNOLOGIES LLC,

*Plaintiff-Appellee*,

v.

RODNEY K. MORGAN AND KM ENTERPRISES, INC.,

*Defendants-Appellants*,

AND

STC, INC.,

*Defendant-Appellant*.

Appeals from the United States District Court
for the District of Minnesota in No. 10-cv-04110-ADM-JJG,
Judge Ann D. Montgomery

**DEFENDANT-APPELLANT STC, INC'S UNOPPOSED MOTION FOR A
14-DAY EXTENSION OF TIME TO FILE ITS PRINCIPAL BRIEF**

August 15, 2014                                          *(Counsel Listed on Inside Cover)*

LOUIS W. TOMPROS
ANANT K. SARASWAT
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

ROBERT A. ARCAMONA
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
(202) 663-6000

*Attorneys for Defendant-Appellant STC, Inc.*

# **CERTIFICATE OF INTEREST**

Counsel for Defendant-Appellant STC, Inc. certifies the following:

1. The full name of every party or *amicus* represented by us is:

   STC, Inc.

2. The names of the real party in interest represented by us is:

   STC, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

WILMER CUTLER PICKERING HALE AND DORR LLP:  Robert A. Arcamona, Anant K. Saraswat, Louis W. Tompros.

HELLMUTH & JOHNSON:  Terrance C. Newby, Jonathan D. Jay (both formerly of Leffert Jay & Polglaze).

SHUMAKER & SIEFFERT, PA:  Nicholas S. Kuhlmann (formerly of Leffert Jay & Polglaze).

LEWIS, RICE & FINGERSH, L.C.:  Frank B. Janoski, Michael J. Hickey, Jerina D. Phillips.

Elizabeth L. Taylor

Dated:  August 15, 2014                     */s/ Louis W. Tompros*
                                                                   LOUIS W. TOMPROS

## **REQUEST FOR 14-DAY EXTENSION TO FILE PRINCIPAL BRIEF**

Pursuant to Federal Circuit Rule 26(b), Defendant-Appellant STC, Inc. ("STC") respectfully moves for a 14-day extension of time in which to file its principal brief. STC has not previously moved for an extension of time. STC's principal brief is currently due on Monday, August 25, 2014. STC requests that the Court extend the due date of STC's principal brief by 14 days, to Monday, September 8, 2014. The parties have conferred and Plaintiff-Appellee Global Traffic Technologies, LLC and Defendants-Appellants KM Enterprises, Inc. and Rodney K. Morgan do not object to this motion and will not file a response in opposition to this motion.

Defendants-Appellants KM Enterprises, Inc. and Rodney K. Morgan previously filed a pending motion requesting a 14-day extension of time in which to their file principal brief (Dkt. 39). STC requests an extension of time to harmonize the briefing schedule in this case.

For the foregoing reasons, STC respectfully requests that the Court grant its motion and extend the time for filing STC's opening brief to Monday, September 8, 2014.

Dated:  August 15, 2014	Respectfully submitted,

/s/ *Louis W. Tompros*
LOUIS W. TOMPROS
ANANT K. SARASWAT
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

ROBERT A. ARCAMONA
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
(202) 663-6000

*Attorneys for Defendant-Appellant STC, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Defendant-Appellant STC, Inc.'s Unopposed Motion for a 14-Day Extension of Time To File Its Principal Brief with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 15th day of August, 2014, and served a copy on all counsel of record via the CM/ECF system.

Dated: August 15, 2014

/s/ Louis W. Tompros
LOUIS W. TOMPROS
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

*Attorney of Record for Defendant-Appellant STC, Inc.*