NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLOBAL TRAFFIC TECHNOLOGIES LLC,**
*Plaintiff-Appellee,*

v.

**RODNEY K. MORGAN AND KM ENTERPRISES, INC.,**
*Defendants-Appellants,*

AND

**STC, INC.,**
*Defendant-Appellant.*

---

2014-1537, -1566

---

Appeals from the United States District Court for the District of Minnesota in No. 0:10-cv-04110-ADM-JJG, Judge Ann D. Montgomery.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellants' unopposed motions for a 14-day extension of time, until September 8, 2014, to file their opening briefs,

IT IS ORDERED THAT:

The motions are granted. The appellants' opening briefs are due no later than September 8, 2014.

>                          FOR THE COURT
>
>                          /s/ Daniel E. O'Toole
>                          Daniel E. O'Toole
>                          Clerk of Court

s25