NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLOBAL TRAFFIC TECHNOLOGIES LLC,**
*Plaintiff-Appellee,*

v.

**RODNEY K. MORGAN AND KM ENTERPRISES, INC.,**
*Defendants-Appellants,*

AND

**STC, INC.,**
*Defendant-Appellant.*

---

2014-1537, -1566

---

Appeals from the United States District Court for the District of Minnesota in No. 0:10-cv-04110-ADM-JJG, Judge Ann D. Montgomery.

---

**ON MOTION**

---

Before O'MALLEY, WALLACH, and HUGHES, *Circuit Judges.*

O'MALLEY, *Circuit Judge.*

**O R D E R**

Case: 14-1537    Document: 48     Page: 2     Filed: 08/25/2014

2                  GLOBAL TRAFFIC TECHNOLOGIES v. MORGAN

Rodney K. Morgan, KM Enterprises, Inc., and STC, Inc. (collectively "movants") move for a stay, pending appeal, of enforcement of the judgment of the United States District Court for the District of Minnesota entered on May 12, 2014. Global Traffic Technologies, LLC opposes the motions.

In orders issued on July 22, 2014 and July 24, 2014, this court temporarily stayed enforcement proceedings pending this court's consideration of the motions.

This court considers four factors in evaluating a motion for a stay: (1) whether the movant has made a strong showing of likelihood of success on the merits; (2) whether the movant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

In their papers, movants assert they will be irreparably injured absent a stay and proffer alternative security they contend will adequately protect the parties' interests pending appeal. Without prejudicing the ultimate disposition by a merits panel, we conclude that based on the papers submitted movants have not proffered adequate evidence demonstrating irreparable injury and have failed to provide reasonable alternatives to the posting of a supersedeas bond.

Accordingly,

IT IS ORDERED THAT:

(1) The motions for a stay of enforcement proceedings pending appeal are denied.

(2) The temporary stay of enforcement proceedings put in place by the orders of this court dated July 22, 2014 and July 24, 2014 is lifted.

            For the Court

            <u>/s/ Daniel E. O'Toole</u>
            Daniel E. O'Toole
            Clerk of Court

s25