# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-41014 |
| STC Inc., ) | |
| ) | Proceedings Under Chapter 11 |
| Debtor. ) | |

## DEBTOR'S MOTION TO CONFIRM THAT AUTOMATIC STAY DOES NOT APPLY TO DEBTOR'S APPEAL AND TO CONFIRM DEBTOR'S RIGHT TO CONTINUE IN THE APPEAL

Debtor and Debtor-in-Possession, STC Inc. ("STC"), submits this motion to confirm that the automatic stay does not apply to STC's own appeal of a substantial judgment against it in favor of Global Traffic Technologies, LLC ("GTT") and to confirm STC's right to continue with the Appeal. This motion has been necessitated by GTT's efforts to interfere with and delay STC's appeal in the United States Court of Appeals for the Federal Circuit (the "Court of Appeals"). GTT's precipitous and improper efforts in this regard have forced STC to bring this matter to the attention of this Court.

In support of this Motion, STC states as follows:

1. On September 11, 2014 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Illinois.

2. GTT holds a judgment in a case known as *Global Traffic Technologies, LLC v. Emtrac Systems, Inc.*, et al., Case No. 10-4110 (the "Lawsuit"), in the United States District Court, District of Minnesota (the "Trial Court"), in which GTT asserted various claims against STC and other parties, primarily accusing STC of infringing on a patent held by GTT (which expired in January 2014) relating to GTT's version of a traffic preemption system.

2029172.2

3. On September 24, 2013, the Trial Court entered a judgment (the "Judgment") following a jury verdict against STC and other parties in the amount of $5,052,118. On April 28, 2014, the Trial Court entered an Order awarding enhanced damages of $2,526,059, plus prejudgment interest of $923,965. On May 16, 2014, the Trial Court entered an Order consolidating the damage awards.

4. STC filed an appeal of the Judgment with the United States Court of Appeals for the Federal Circuit (the "Court of Appeals"), Case No. 2014-1537 (the "Appeal"), on June 13, 2014.

5. STC filed its opening brief in the Appeal on September 8, 2014. STC is seeking the reversal of the Judgment against it.

6. On September 16, 2014, this Court heard the first day motions in this case. Counsel for GTT appeared at the first day hearings. At the hearings, counsel for STC discussed the Appeal as well as the anticipated request to retain the firm of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for STC in pursuing the Appeal. Counsel for STC further explained the importance of the Appeal to determining the size of GTT's claim, if any, against STC in the bankruptcy case. GTT did not suggest that the Appeal was stayed or that STC should be precluded from defending itself against the Judgment.

7. Nevertheless, the next day, on September 17, 2014, GTT filed a "Notice to the Federal Circuit of Chapter 11, [sic] Bankruptcy Petition Filed by Appellant STC, Inc." (the "GTT Notice", copy attached as Exhibit A). In this filing, GTT claims that STC's own appeal of the Judgment is subject to the automatic stay and that the Court of Appeals may not hear STC's Appeal because of the automatic stay.

8. GTT is incorrect. The automatic stay does not apply to actions brought by a debtor seeking relief in favor of the debtor. The automatic stay provision of 11 U.S.C. § 362 applies only to "shield the debtor from the burdens of litigation." *Seiko Epson Corp. v. Nu-Kote Int'l, Inc.*, 190 F.3d 1360, 1364 (Fed. Cir. 1999). It does not apply to proceedings "that do not threaten to deplete the assets of the debtor" or to "claims for which stay is unnecessary to protect the debtor." *Id.* Here, the party in bankruptcy is STC—the appellant seeking reversal of the very judgment of infringement that caused its bankruptcy filing in the first place. No aspect of this appeal threatens to deplete the assets of the debtor, and a stay is therefore not necessary to protect STC.

9. The GTT Notice is nothing more than an attempt by GTT to interfere with and delay STC's Appeal and the significant possibility that the Appeal will be successful and reverse the Judgment. STC has diligently pursued the Appeal and made the Bankruptcy Court aware of STC's intent to pursue the Appeal and the importance of the Appeal in STC's bankruptcy proceedings. Staying this appeal would preclude STC from ever obtaining meaningful review of the district court's judgment—because the full amount of that judgment is already a claim in the bankruptcy proceedings.

10. This Court should not permit GTT to continue to interfere with STC's own property, including STC's rights in the Appeal, and impermissibly suggest to the Court of Appeals that STC is somehow prohibited by the automatic stay from pursuing actions that are for the benefit of STC and its bankruptcy estate.

WHEREFORE, STC respectfully requests that this Court enter an order as follows: (a) confirming that the automatic stay of 11 U.S.C. section 362 does not apply to the Appeal; (b) confirming that STC is authorized and permitted to pursue the Appeal and that the Court of Appeal is not bound by the automatic stay of 11 U.S.C. section 362 with respect to the Appeal; (c) and granting such other relief as the Court deems just and proper.

        Respectfully submitted,

        LEWIS, RICE & FINGERSH, L.C.

        By: /s/ John J. Hall
            Larry E. Parres
            John J. Hall
        600 Washington Ave., Suite 2500
        St. Louis, MO 63101
        Phone: (314) 444-7600
        Fax: (314) 444-7635
        E-Mail: lparres@lewisrice.com
                  jhall@lewisrice.com
        Attorneys for STC Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served on the persons who participate in the CM/ECF system of the United States Bankruptcy Court for the Southern District of Illinois or via U.S. Mail, postage prepaid to all creditors and parties-in-interest listed on the attached mailing matrix and to the following this 18th day of September 2014:

Advanced Circuits
21101 East 32nd Parkway
Aurora, CO 80011

Alltell
P.O. Box 6546
Carol Stream, IL 60197-6546

Arrow Electronics
514 Earth City Expy #321
Earth City, MO 63045

Blue Cross/Blue Shield of Illinois
300 East Randolph Street
Chicago, IL 60601

City of McLeansboro
102 W. Main St.
McLeansboro, IL 62859

City of McLeansboro (Gas-Water-Sew)
102 W. Main Street
Dahlgren, IL 62828

Congenia Partners, LLC
101 H Street
Suite A
Petaluma, CA 94952

Digi-Key Corp 12238
701 Brooks Ave. South
P.O. Box 677
Thief River Falls, MN 56701-0677

EIS-Inc.
2018 Powers Ferry Road
Ste 500
Atlanta, GA 30339

Electro-Core, Inc.
P.O. Box 1727
Washington, MO 63090-8727

Foremost Insurance Company
PO Box 2487
Grand Rapids, MI 49501-2487

Frontier Communications
P.O. Box 1003, MC-WA0102SE
Everett, WA 98206-1003

Garmin
1200 E. 151st Street
Olathe, KS 66062

Global Traffic Technologies, LLC
c/o Robert G. Markoff
Markoff Law LLC
29 N. Wacker Drive #50
Chicago, IL 60606

Global Traffic Technologies, LLC
c/o James W. Poradek
Faegre Baker Daniels, L.L.P.
311 S. Wacker Drive, Suite 4400
Chicago, IL 60606

Global Traffic Technologies, LLC
7800 3rd Street N.
Building 100
Saint Paul, MN 55128-5441

Hamilton County Communications
P.O. Box 40
Dahlgren, IL 62828

ISB, Inc.
6295 E. IL Highway 15
Woodlawn, IL 62898-4315

John Hundley
1115 Harrison Street
P.O. Box 906
Mount Vernon, IL 62864

KM Enterprise, Inc.
320 S. 11th Street
Mount Vernon, IL 62864

Lamination Specialties
235 N. Artesian Ave.
Chicago, IL 60612

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

Metalphoto of Cincinnati
1080 Skillman Drive
Cincinnati, OH 45215

Mouser Electronics
1000 North Main St.
Mansfield, TX 76063

Peoples National Bank
200 E. Randolph Street
McLeansboro, IL 62859

Superior Essex
P.O. Box 90413
Chicago, IL 60696

Symmetry Electronics, Corp.
5400 Rosecrans Avenue
Hawthorne, CA 90250

Tessco
11126 McCormick Rd.
Hunt Valley, MD 21031

TTI Inc.
P.O. Drawer 99111
Fort Worth, TX 76199-0111

Wayne-White Electric Cooperative
1501 W Main St.
Fairfield, IL 62837

United States Trustee
Becker Bldg, Room 1100
401 Main St
Peoria, IL 61602

Aitken Klee LLP
100 Queen Street, Suite 300
Ottawa, ON K1P 1J9

Global Traffic Technologies Canada
157 Adelaide Street West
Suite 448
Toronto, ON M5H 4E7

David Farrell
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

*/s/ John J. Hall*