**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

**Chad Drown**
+1 612 766 8707
chad.drown@FaegreBD.com

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center ▾ 90 South Seventh Street
Minneapolis ▾ Minnesota 55402-3901
**Phone +1 612 766 7000**
**Fax +1 612 766 1600**

December 1, 2014

Clerk of Court                                                                                          **BY ECF**
U.S. Court of Appeals for the Federal Circuit
717 Madison Place
Washington, D.C. 20005

Re:   **Global Traffic Technologies, LLC v. Rodney K. Morgan et al., Nos. 14-1537, 14-1566**

Dear Clerk of Court:

    This letter is to confirm direction given by the Clerk of Court's staff regarding the due date for Global Traffic Technologies, LLL's ("GTT") responsive briefing. The Clerk of Court's staff, including the case manager for this appeal, has informed counsel for GTT that any corrected responsive briefing is not due on December 1, 2014 and that GTT should not file any corrected responsive briefing on that date in light of GTT's pending Motion to Reconsider, Vacate, or Modify the Clerk of Court's November 17, 2014 Order Rejecting GTT's Responsive Briefs, or, in the alternative, Increase the Word Count (Dkt. No. 70) ("Motion").

    GTT appreciates the Clerk of Court's guidance and will as directed await decision on the pending Motion before taking action on further responsive briefing.

Sincerely,

*s/ Chad Drown*
Chad Drown

US.55274834.01

## PROOF OF SERVICE

The undersigned hereby certifies that on December 1, 2014, I filed a copy of the following document with the Clerk of Court via this Court's CM/ECF Electronic Filing:

**Letter from Global Traffic Technologies, LLC dated December 1, 2014**

That a copy was served electronically upon the below-listed appellants' counsel of record via this Court's CM/ECF Electronic Filing System:

| | |
|---|---|
| Jana Yocom<br>Jana Yocom P.C.<br>320 S. 11th, Suite 1<br>Mount Vernon, IL 62864<br>(618) 731-1944<br>jana.yocum@gmail.com<br><br>Counsel for Appellants KM Enterprises, Inc. and Rodney K. Morgan | Louis W. Tompros<br>Anant K. Saraswat<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>Robert A. Arcamona<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave, N.W.<br>Washington, DC 20006<br>(202) 663-6000<br><br>Counsel for Appellant STC, Inc. |

                                                */s/ Chad Drown*
                                                Chad Drown