WILMERHALE

**Louis W. Tompros**

+1 617 526 6886 (t)
+1 617 526 5000 (f)
Louis.tompros@wilmerhale.com

VIA CM/ECF

December 4, 2014

RDML Daniel E. O'Toole
Circuit Executive & Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Pl., NW
Washington, DC 20439

Re:  *Global Traffic Technologies, LLC v. Rodney K. Morgan et al.*, Nos. 14-1537, 14-1566

Dear RDML O'Toole:

On December 3, 2014, counsel for Appellant STC, Inc. spoke with the case manager for this appeal regarding the date by which STC must file its reply brief.  The case manager suggested that STC file a letter addressing the briefing scheduling issues that have arisen in the appeal.  STC therefore respectfully submits this letter.

On November 13, 2014, Appellee Global Traffic Technologies ("GTT") filed two briefs.  *See* Dkt. No. 65, 66.  The Court rejected those briefs as exceeding the maximum word limit allowed for a party's brief.  *See* Dkt. No. 67, 68.  GTT moved for reconsideration of that rejection, and that motion for reconsideration is currently pending.  *See* Dkt. No. 70.  Nonetheless, the docket still reflects STC's reply brief as due on December 4, 2014.  *See* Dkt. No. 67.

GTT's rejected briefs and subsequent motion for reconsideration risks delaying this appeal.  STC is committed to resolving this appeal as expeditiously as possible and avoiding any possible delay, particularly in light of pending bankruptcy proceedings in the Southern District of Illinois.

STC has therefore prepared a reply brief in response to the briefs that GTT filed on November 13.  STC stands ready to file its brief today, to avoid any delay.  However, it would be unfair for GTT to be afforded the opportunity to review STC's reply brief before GTT has submitted an acceptable response brief.  As a result, at the suggestion of the case manager, STC is not submitting its brief today but will instead submit it after the Court rules on GTT's motion for reconsideration, in accordance with the schedule ordered by the Court.  Counsel was told by the case manager of this appeal that this approach will in no way waive STC's right to file a reply brief once GTT has filed an acceptable brief.

Of course, if the Court would prefer that STC proceed in any other way to allow this appeal to be resolved as expeditiously and efficiently as possible, STC stands ready to do so.

RDML O'Toole
December 4, 2014
Page 2

**WILMERHALE**

Regards,

*/s/ Louis W. Tompros*

Louis W. Tompros

cc: Counsel of Record (via ECF)