**Jana Yocom, P.C.**
A Texas Professional Corporation

Jana Yocom

+618-731-1944
Jana.yocom@gmail.com

December 4, 2014

RDML Daniel E. O'Toole
Circuit Executive & Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Pl., NW
Washington, DC 20439

**Re:** *Global Traffic Technologies, LLC v. Rodney K. Morgan et al.*, Nos. 14-1537, 14-1566

Dear RDML O'Toole:

On December 4, 2014, counsel for Appellants KM Enterprises, Inc. and Rodney Kris Morgan spoke with the case manager for this appeal regarding the date by which the Appellants must file their reply briefs. The case manager suggested that the Appellants file a letter addressing the briefing scheduling issues that have arisen in the appeal. The Appellants therefore respectfully submit this letter.

On November 13, 2014, Appellee Global Traffic Technologies ("GTT") filed two briefs. *See* D. 65, 66. The Court rejected those briefs as exceeding the maximum word limit allowed for a party's brief and in responding with two briefs to multiple parties. *See* D. 67, 68. GTT moved for reconsideration of that rejection, and that motion for reconsideration is currently pending. *See* D. 70. KME and Morgan filed a response to their motion. *See* D.71. GTT's compliant brief was due on December 1, 2014 and Appellants' reply briefs are due today. *See* D. 67.

KM Enterprises, Inc and Rodney Kris Morgan have prepared a reply brief to the rejected Appellee briefs on file in order to comply with the currently set deadline. Appellants would like to resolve the appeal as expeditiously as possible. The Appellants stand ready to file their reply briefs today, to avoid any delay. However, Appellants have been cautioned by the case manager to wait until after the Court rules on GTT's motion. At the suggestion of the case manager, the Appellants are not submitting their briefs today but will instead submit this letter as a placeholder and file them after the Court rules on GTT's motion for reconsideration, in accordance with the schedule ordered by the Court. Counsel was told by the case manager of this appeal that this approach will in no way waive the Appellants' right to file a reply brief once GTT has filed an acceptable brief.

Of course, Appellants are prepared to take whatever action the Court advises to address the timely and compliant filing of their reply briefs.

Regards,

/s/ Jana Yocom

Jana Yocom


cc:     Counsel of record via ECF