# WILMERHALE

**Louis W. Tompros**

+1 617 526 6886 (t)
+1 617 526 5000 (f)
Louis.tompros@wilmerhale.com

VIA CM/ECF

December 29, 2014

RDML Daniel E. O'Toole
Circuit Executive & Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Pl., NW
Washington, DC 20439

**Re: *Global Traffic Technologies, LLC v. Rodney K. Morgan et al.*, Nos. 14-1537, 14-1566**

Dear RDML O'Toole:

On November 17, 2014, the Clerk's office rejected Appellee Global Traffic Technologies' ("GTT") opening briefs. *See* Dkt. Nos. 67, 68. GTT filed a motion to reconsider that rejection the next day. *See* Dkt. No. 70. The Court has not yet ruled on GTT's motion.

A quick resolution to GTT's motion will allow a prompt final resolution to this appeal, which will aid bankruptcy proceedings that are occurring in parallel. *See In re STC Inc.*, Case No. 14-41014 (S.D. Ill. Bankruptcy Ct.). On January 6, 2015, the Bankruptcy Court will hold a hearing to determine various matters in that case. *See id.* at Dkt. No. 132. A determination from this Court as to GTT's motion would aid the Bankruptcy Court in understanding the schedule for this appeal and its effect on the bankruptcy proceeding. *See id.* at Dkt. No. 117, p. 2.

In light of these overlapping proceedings, STC stands ready to file its reply brief on an expedited basis, shortly after GTT files an acceptable opening brief. *See* Fed. Cir. Case No. 2014-1537, Dkt. No. 73. Once briefing is completed, STC is prepared for an expedited oral argument on any schedule ordered by the Court.

Regards,

*/s/ Louis W. Tompros*

Louis W. Tompros

cc: Counsel of Record (via ECF)