NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLOBAL TRAFFIC TECHNOLOGIES LLC,**
*Plaintiff-Appellee,*

v.

**RODNEY K. MORGAN AND KM ENTERPRISES, INC.,**
*Defendants-Appellants,*

AND

**STC, INC.,**
*Defendant-Appellant.*

---

2014-1537, -1566

---

Appeals from the United States District Court for the District of Minnesota in No. 0:10-cv-04110-ADM-JJG, Judge Ann D. Montgomery.

---

**ON MOTION**

---

Before LINN, *Circuit Judge.*

**O R D E R**

Global Traffic Technologies, LLC ("Global Traffic") moves for reconsideration of the November 17, 2014 order rejecting the filing of its two response briefs. In the alternative, Global Traffic moves to extend its word limit to 25,641 words, the total of its two separate briefs.

Global Traffic's attempt to file two separate response briefs correctly was rejected under Federal Circuit Rule 31(a)(4), which provides that

> **Single Brief Responding to Multiple Parties.** A *single brief* that responds to the briefs of multiple parties *must be served* and filed within the time prescribed after service of the last of these briefs or, if no such brief is filed, after the time expires for filing the last of these briefs.

Fed. Cir. R. 31(a)(4) (emphasis added). Given the number of issues presented, however, the court will allow an additional 2,500 words in Global Traffic's response.

Accordingly,

IT IS ORDERED THAT:

Global Traffic's motion to file two briefs is denied. Global Traffic is directed to file a single response brief, not to exceed 16,500 words, no later than January 14, 2015. Appellants should calculate the due date for the filing of their reply briefs from the date of service of the response brief.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31