Nos. 2014-1537, -1566

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

GLOBAL TRAFFIC TECHNOLOGIES LLC,

*Plaintiff-Appellee*,

*v.*

RODNEY K. MORGAN AND KM ENTERPRISES, INC.,

*Defendants-Appellants*,

AND

STC, INC.,

*Defendant-Appellant*.

Appeals from the United States District Court
for the District of Minnesota in No. 10-cv-04110-ADM-JJG,
Judge Ann D. Montgomery

**DEFENDANT-APPELLANT STC, INC.'S EMERGENCY MOTION TO EXPEDITE ORAL ARGUMENT**

| | |
|---|---|
| ROBERT A. ARCAMONA<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC  20006<br>(202) 663-6000 | LOUIS W. TOMPROS<br>ANANT K. SARASWAT<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000 |
| January 29, 2015 | *Attorneys for Defendant-Appellant STC, Inc.* |

# CERTIFICATE OF INTEREST

Counsel for Defendant-Appellant STC, Inc. certifies the following:

1. The full name of every party or *amicus* represented by us is:

    STC, Inc.

2. The names of the real party in interest represented by us is:

    STC, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

WILMER CUTLER PICKERING HALE AND DORR LLP:  Robert A. Arcamona, Anant K. Saraswat, Louis W. Tompros.

HELLMUTH & JOHNSON:  Terrance C. Newby, Jonathan D. Jay (both formerly of Leffert Jay & Polglaze).

SHUMAKER & SIEFFERT, PA:  Nicholas S. Kuhlmann (formerly of Leffert Jay & Polglaze).

LEWIS, RICE & FINGERSH, L.C.:  Frank B. Janoski, Michael J. Hickey, Jerina D. Phillips.

Elizabeth L. Taylor

Dated:  January 29, 2015            */s/ Louis W. Tompros*
                                    LOUIS W. TOMPROS

- i -

This appeal is fully briefed and ready for argument. Defendant-Appellant STC, Inc. respectfully requests that the Court set oral argument in this appeal for the earliest possible date.

The parties are competitors in the traffic-preemption system market. The district court found that STC and its co-Appellants KM Enterprises, Inc. and Rodney K. Morgan (collectively "KME") infringed U.S. Patent No. 5,539,398. It awarded Plaintiff-Appellee Global Traffic Technologies ("GTT") $5,052,118 in damages, $2,526,059 in enhanced damages, $923,965 in prejudgment interest, and $1,384.14 in daily post judgment interest. As a result, STC filed for relief under Chapter 11 of the Bankruptcy Code in September, 2014. *See In re STC Inc.*, Case No. 14-41014 (S.D. Ill. Bankruptcy Ct.). The bankruptcy court has extended the exclusive period for STC to file a reorganization plan through August 30, 2015, based in part on the potential resolution of this appeal by that time.

Resolution of this appeal has been delayed by GTT's nonconforming briefs. On November 13, 2014, GTT sought to file two response briefs—one responding to STC's opening brief, and a second responding to KME's opening brief—that, combined, exceeded the allotted word limit. Accordingly, the Clerk rejected GTT's briefs. *See* Dkt. Nos. 67, 68. Instead of filing conforming briefs, however, GTT filed a motion on November 18 requesting that the Clerk reconsider the rejected briefs. *See* Dkt. No. 70. The Court denied GTT's reconsideration motion

on December 30, 2014 (although it did grant GTT a 2,500 word extension) and ordered GTT to file conforming response briefs. *See* Dkt. No. 76. GTT filed its response brief on January 9 and Appellants quickly filed their reply briefs (ahead of the deadline) on January 20 and January 21. *See* Dkt. Nos. 80, 81.

Time is of the essence in this appeal. STC, a small southern Illinois-based company, was forced to seek relief in bankruptcy proceedings largely as a result of the district court's judgment in the underlying case, which was in error for the reasons set forth in STC's briefs on the merits. Bankruptcy has caused the company many hardships, including hurting STC's ability to compete with GTT in their shared market, having existing vendors close their credit accounts, forcing STC to pay in advance for materials and services, damaging STC's business reputation, and forcing STC to incur the costs and fees of litigating a bankruptcy proceeding. Expediting oral argument will lead to a faster disposition of this appeal, and thus will help cure these hardships by allowing the bankruptcy process to conclude as quickly as possible.

STC has sought a speedy resolution to this appeal. However, GTT's nonconforming briefs and motion for reconsideration have significantly delayed its conclusion. STC and KME stood ready to complete briefing on December 4, 2014, but were forced to delay filing their reply briefs until GTT filed a conforming response brief. *See* Dkt. Nos. 73, 74. GTT filed an acceptable brief in

January, 2015—nearly two months after it was originally due (in November, 2014). Once GTT did file an acceptable brief, Appellants quickly filed their replies. STC requests that the Court expedite oral argument to make up some of the time lost due to GTT's nonconforming briefs.

| | |
|---|---|
| Dated: January 29, 2015 | Respectfully Submitted, |
| | */s/ Louis W. Tompros*<br>LOUIS W. TOMPROS<br>ANANT K. SARASWAT<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |
| | ROBERT A. ARCAMONA<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000 |
| | *Attorneys for Defendant-Appellant STC, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Emergency Motion to Expedite Oral Argument with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 29th day of January, 2015, and served a copy on all counsel of record via the CM/ECF system.


Dated: January 29, 2015                     */s/ Louis W. Tompros*
                                                    LOUIS W. TOMPROS
                                                    WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP
                                                   60 State Street
                                                   Boston, MA 02109
                                                   (617) 526-6000

                                                   *Attorney of Record for Defendant-Appellant STC, Inc.*