NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLOBAL TRAFFIC TECHNOLOGIES LLC,**
*Plaintiff-Appellee,*

v.

**RODNEY K. MORGAN AND KM ENTERPRISES, INC.,**
*Defendants-Appellants,*

AND

**STC, INC.,**
*Defendant-Appellant.*

---

2014-1537, -1566

---

Appeals from the United States District Court for the District of Minnesota in No. 0:10-cv-04110-ADM-JJG, Judge Ann D. Montgomery.

---

**ON MOTION**

---

Before O'MALLEY, WALLACH, and HUGHES, *Circuit Judges.*

PER CURIAM.

# O R D E R

Rodney K. Morgan and KM Enterprises, Inc. (collectively "movants") submit a motion for a "stay of enforcement of judgment pending appeal." Global Traffic Technologies, LLC opposes the motion. STC, Inc. moves to expedite oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied. The case will be placed on the April 2015 argument calendar.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25